## THE STATE v. CHAMBERLAIN, *Appellant.*

**Forgery:** PLEADING, CRIMINAL. An indictment for forgery of a promissory note, describing the note as payable to J. M. Willard, is not sustained by evidence that defendant forged a note payable to J. C. Willard. The variance in the name is fatal.

*Appeal from Sullivan Circuit Court.*—HON. G. D. BURGESS, Judge.

REVERSED.

*A. W. Mullins* for appellant.

*D. H. McIntyre*, Attorney General, for the State.

NORTON, J.—Defendant was indicted for forgery in the circuit court of Sullivan county, and upon trial was convicted and brings his cause to this court by appeal. Among other errors assigned is the action of the court in refusing the following instruction : " If the jury find from the evidence that the note alleged in the indictment to be forged was drawn payable to J. C. Willard instead of J. M. Willard, then they must acquit on this indictment." The indictment does not set out the note alleged to have been forged in *haec verba*, but avers that it purported to be a note for $100 executed and signed by Thomas Montgomery, payable nine months after date to J. M. Willard, bearing ten per cent interest from date. Under the authority of the cases of *State v. Fay*, 65 Mo. 490, and *State v. Smith*, 31 Mo. 120, the instruction asked should have been given, and for the error committed in refusing it the judgment will be reversed and cause remanded, in which all concur, except SHERWOOD, C. J.